IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ISRAEL YOUNG, | ) |
| | ) |
| Plaintiff, | ) Case No. 1:21-310-MG-SEB |
| | ) |
| v. | ) |
| | ) |
| KILOLO KIJAKAZI, | ) |
| Acting Commissioner of the | ) |
| Social Security Administration, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT

Pursuant to Fed. R. Civ. P. 58, the Court hereby ENTERS JUDGMENT in favor of the Plaintiff, REVERSES the Commissioner's decision, and REMANDS this matter to the Agency for further proceedings, as authorized by sentence four of 42 U.S.C. § 405(g).

Date: 1/3/2022

_____
Mario Garcia
United States Magistrate Judge
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Distribution:
To ECF Counsel of Record